**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Ehesha E. M.,

    vs.                                    Case No. 2:23-cv-1150

Commissioner of Social Security,        **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 27, 2023 Order, the Court REVERSES the decision of the Commissioner of the Social Security Administration in this case and REMANDS this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U. S.C. § 405(g).

Date:  **June 27, 2023**        **Richard Nagel, Clerk**

                                                      s/ Jennifer Kacsor

                                                  By Jennifer Kacsor/Courtroom Deputy